# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Weldon Hammond**           *
    **Plaintiff(s)**
                              *

**vs.**                                     **Civil No.: JFM 02-3912**
                              *

**AcandS, Inc. etal**
    **Defendant(s)**           *

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 2nd day of April 2003

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

                                                    /s/
                                                    J. Frederick Motz
                                                    United States District Judge